448 F.2d 783
 Joseph WILLIAMS, Plaintiff-Appellant,
v.
Milton STIRE et al., Defendants-Appellees.
 No. 71-1162.
 United States Court of Appeals, Fifth Circuit.
 September 30, 1971.
 Rehearing Denied November 8, 1971.
 
 Appeal from the United States District Court for the Eastern District of Louisiana; Edward J. Boyle, Sr., District Judge.
 Edward Chase, New Orleans, La., for plaintiff-appellant.
 John S. Sciambra, Harry P. Gamble, Jr., Joseph Rosenberg, New Orleans, La., for defendants-appellees.
 Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.1b
 
 
 Notes:
 1b. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.